# LEGISLATIVE PROCEEDINGS

## COURT OF APPEALS OPINION
### 226
### SMOLINSKI v. ANSELM
Ohio Court of Appeals, Cuyahoga County. No. 4211.
February 12, 1923
This opinion has not been published except in Abstract.
EVIDENCE—(1) Expert witness sufficiently qualified to make evidence competent—(2) Reviewing court will not disturb a verdict unless so clearly unsupported by evidence as to indicate bias.
SULLIVAN, J.
#### Epitomized Opinion
#### Error to Municipal Court of Cleveland
It is sought to reverse a judgment of the Municipal Court on two grounds, first, that it erred in admitting testimony of an expert not sufficiently qualified; and second, that the judgment is against the weight of the evidence. Held by Court of Appeals in affirming M. C.:

1. The expert witness in question was sufficiently qualified to make his evidence competent.

2. The Court of Appeals will reverse a judgment because the verdict is against the weight of the evidence unless it is so clearly unsupported by the weight of the evidence as to indicate bias, mistake wilful disregard of duty by the jury.

Attorneys, Safran, Nuncio & Romano, for Smolinski; D. A. Christopher, for Anselm.

## LEGISLATIVE INFORMATION BULLETIN
### Ohio State Bar Association
Robert C. Mason, Executive Secretary
State House Annex, Columbus
Phones: Bell, M. 863; Independent, 2950; Night Phone, Bell, M. 3146
#### Adjournment Is in Sight
Latest developments seem to indicate that the Assembly will go home about the second week in April. If this occurs, there probably will have to be a two or three-day session in May to clean up a few odds and ends.

Now that the House has passed the major part of its taxation program, in the fairly satisfactory Taft bill, and as the appropriation bills are well under way, there is not much left to stand in the way of an early recess.

#### Chief Justice Bill Is Passed
The Marshall Bill (S. B. 17), providing for the creation of a chief justice of the common pleas court in counties having two or more judges, was passed by the House after a hard fight. The vote was 72 to 29. As the House cut out the provision for an increased salary to the chief justice, the bill must now be returned to the Senate for its concurrence with the House amendment. Proponents of the bill are wondering what attitude the Governor will take toward the bill. They are hoping that the actions of Director of Commerce Cyrus Locher do not reflect the Governor's opinion. Director Locher worked against the bill—to no avail.

The bill provides that the chief justice shall file with the clerk of courts an annual report, setting forth the amount of work performed by the court and by the individual judges, and "the number of days and hours of attendance in court of each judge." Copies are to be filed with the clerk of the supreme court and printed for distribution. Associate judges are required to render monthly reports to the chief justice.

Greatest opposition arose over the provision which empowers the chief justice to hold back the pay of judges not rendering a satisfactory report to the chief.

#### Education Requirements for Admission to the Bar
The House this week again passed the Tallentire bill (Am. H. B. 59), relative to the educational requirements for admission to the bar. The question recurring, "Shall the bill pass?" Mr. Dunn moved to amend by striking out all of Section 1701 and inserting in lieu thereof the following:

Sec. 1701. "No person shall be admitted to an examination for admission to the bar unless he is twenty-one years of age, has resided in the state for the year next preceding, and is a citizen of the United States * * * not until he has produced * * ** certificates of good moral character satisfactory to the supreme court, and proof satisfactory to the supreme court that he has regularly and attentively studied law during the period of three years previous to such application, at least two years of which, including not less than six hundred hours of class room work, shall have been in regular attendance at a law school or schools recognized by the supreme court of Ohio, and in a manner satisfactory to the regularly constituted authorities of such school. Any part of such three-year period not so spent in such law school or schools, must have been spent in the regular and attentive study of law under the tuition of a reputable practicing attorney of this state."

#### General Code 6308 Amended
#### Conference Committee Report Accepted
The House accepted the report of the conference committee on Am. H. B. 37 by Mr. Morgan. As the Senate has already accepted the same report it is likely that the bill will become a law. It provides that actions for injury caused by the negligence of the owner or operator of a motor vehicle may be brought by the person injured in the county wherein such injury occurs.

#### Taxation Situation
Three taxation bills passed the House this week. These bills now go to the Senate for consideration.

##### 1. THE TAFT BILL
H. B. 20—Provides for a county budgetry system with the commission composed of the county auditor, treasurer and prosecuting attorney, all to serve without additional compensation. The bill repeals the Smith one per cent tax rate limit and provides for a 17 and 15-mill limit, respectively, for territory within and outside of municipalities.

##### 2. THE ROBINSON BILL
H. B. 355—Provides for a penalty of ten per cent of true value of property for intentional failure to return property for taxation.

##### 3. THE ALBAUGH BILL
H. B. 330—Abolishes elective township assessorships, and establishes county board of assessors, making the county the tax unit. The township assessors are to be appointed.